CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-01112-JEM-1

| | |
|---|---|
| Case title: USA v. Leedy | Date Filed: 12/20/2024 |
| Other court case number:  8:24-CR-462 USDC Middle District of Florida | Date Terminated: 12/20/2024 |

Assigned to: Magistrate Judge J. Elizabeth McBath

**Defendant (1)**

**Stephen Andrew Leedy**
*TERMINATED: 12/20/2024*

represented by **Joseph Blum**
Federal Defender Program, Inc.
101 Marietta Street NW
Ste 1500
Atlanta, GA 30303
404-688-7530
Email: joseph_blum@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2251 | |

**Plaintiff**

**USA**

represented by **Leanne Michelle Marek**
Office of the United States Attorney-ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404-581-6238
Fax: 404-581-6181.
Email: leanne.marek@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2024 | | Arrest (Rule 5(c)(3)) of Stephen Andrew Leedy (bmr) (Entered: 12/23/2024) |
| 12/20/2024 | 1 | Minute Entry for proceedings held before Magistrate Judge J. Elizabeth McBath: Initial Appearance in Rule 5(c)(3) Proceedings as to Stephen Andrew Leedy held on 12/20/2024, Defendant waives Preliminary Hearing. Waiver filed. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Charging Document) (Tape #FTR) (bmr) (Entered: 12/23/2024) |
| 12/20/2024 | 2 | CJA 23 Financial Affidavit by Stephen Andrew Leedy (bmr) (Entered: 12/23/2024) |
| 12/20/2024 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Stephen Andrew Leedy. Signed by Magistrate Judge J. Elizabeth McBath on 12/20/2024. (bmr) (Entered: 12/23/2024) |
| 12/20/2024 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Stephen Andrew Leedy (bmr) (Entered: 12/23/2024) |
| 12/20/2024 | 5 | MOTION for Detention by USA as to Stephen Andrew Leedy. (bmr) (Entered: 12/23/2024) |
| 12/20/2024 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Stephen Andrew Leedy. Defendant committed to District of USDC Middle District of Florida. Signed by Magistrate Judge J. Elizabeth McBath on 12/20/2024. (bmr) (Entered: 12/23/2024) |
| 12/20/2024 | | Magistrate Case Closed. Defendant Stephen Andrew Leedy terminated. (bmr) (Entered: 12/23/2024) |
| 12/23/2024 | | Notice to USDC Middle District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Stephen Andrew Leedy. Your case number is: 8:24-CR-462. The following documents are available on the public docket: 4 Waiver of Rule 5 Hearings, 6 Commitment to Another District, 5 Motion for Detention, 1 Initial Appearance - Rule 5(c)(3), Defendant Waives Preliminary Hearing, 3 Order Appointing Public Defender. The clerk will transmit any restricted document via email. To request additional transfer information, please send a request to InterdistrictTransfer_GAND@gand.uscourts.gov. (bmr) (Entered: 12/23/2024) |