UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA        :

v.                              :       Case No. 8:24-CR-462-KKM-NHA

STEPHEN ANDREW LEEDY            :

## NOTICE OF APPEARANCE AS CO-COUNSEL

J.S. Lucas Fleming and Amanda Bettker-Nicholson of The Fleming Law Group P.A., on behalf of the Defendant, STEPHEN ANDREW LEEDY, files this notice of appearance as co-counsel with Bjorn E. Brunvand. The Clerk of the Court and all parties of record are hereby notified that we will appear for the Defendant indicated in the entitled action. Undersigned counsel requests that all notices, documents, pleadings, forms, motions and all other matters pertaining to this case be sent to the email addresses set forth below.

Respectfully Submitted,                 Respectfully Submitted,

_____              _____
J.S. Lucas Fleming, ESQ.                Amanda Bettker-Nicholson, ESQ
The Fleming Law Group                   The Fleming Law Group
Co-Counsel for the Defendant            Co-Counsel for the Defendant
2701 Fifth Avenue North                 2701 Fifth Avenue North
St Petersburg, Florida 33713            St Petersburg, Florida 33713
Telephone No.: (727)323-4020            Telephone No.: (727)323-4020
Facsimile No.: (727)323-9347            Facsimile No.: (727)323-9347
Lucas@fleminglawgroup.com               Amanda@fleminglawgroup.com
Florida Bar No. 0884200                 Florida Bar No: 0014995

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on January 7, 2025, we electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

_/s/ J.S. Lucas Fleming_
J.S. Lucas Fleming, ESQ.
The Fleming Law Group
Co-Counsel for the Defendant
2701 Fifth Avenue North
St Petersburg, Florida 33713
Telephone No.: (727)323-4020
Facsimile No.: (727)323-9347
Lucas@fleminglawgroup.com
Florida Bar No. 0884200

_/s/ Amanda Bettker-Nicholson_
Amanda Bettker-Nicholson, ESQ
The Fleming Law Group
Co-Counsel for the Defendant
2701 Fifth Avenue North
St Petersburg, Florida 33713
Telephone No.: (727)323-4020
Facsimile No.: (727)323-9347
Amanda@fleminglawgroup.com
Florida Bar No: 0014995