AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Stephen Andrew Leedy

Defendant

Case No. 8:24-cr-462-KKM-NHA

*RCVD USMS M/FL TAMPA 2024 OCT 28 PM 3:08*

*JAN 6 2025 AM 11:39 FILED - USDC - FLMD - TPA*

## ARREST WARRANT   **SEALED**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Stephen Andrew Leedy,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Production of Child Pornography and Coercion and Enticement of a Minor To Engage in Sexual Activity in violation of 18 U.S.C. § 2251(a) and 18 U.S.C. § 2422(b).

**SEALED**

Date: 10/28/24

*Issuing officer's signature*
GABRIELLA LOBAINA

City and state: Tampa FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/28/24, and the person was arrested on *(date)* 12/19/24
at *(city and state)* Atlanta, GA.

Date: 1/5/25   for FBI

*Arresting officer's signature*

K. DeVell CDSA
*Printed name and title*