UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:24-cr-00462-KKM-NHA

STEPHEN ANDREW LEEDY

**NOTICE OF CORPORATE VICTIMS OR
CORPORATE INTERESTED PARTIES**

In response to the Court's Standing Order of January 8, 2025, the United States is unaware of any corporate victims or other corporate interested parties in the above-captioned case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ *Abigail K. King*
Abigail K. King
Assistant United States Attorney
Florida Bar No. 294963
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Abigail.King@usdoj.gov

U.S. v. LEEDY                                              Case No. 8:24-cr-462-KKM-NHA

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Bjorn Brunvard, Esq.
J.S. Lucas Fleming, Esq.
Amanda Bettker-Nicholson, Esq.

                                                                           */s/ Abigail K. King*
                                                                           Abigail K. King
                                                                           Assistant United States Attorney
                                                                           Florida Bar No. 294963
                                                                           400 N. Tampa St., Ste. 3200
                                                                           Tampa, FL 33602-4798
                                                                           Telephone: (813) 274-6000
                                                                           Facsimile: (813) 274-6358
                                                                           E-mail: Abigail.King@usdoj.gov