UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:24-cr-462-KKM-NHA

STEPHEN ANDREW LEEDY

**BILL OF PARTICULARS**
**(Forfeiture)**

The United States of America, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following real property is subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment:

The real property located at 146 8th Avenue NE, St. Petersburg, Florida 33701, titled in the name of Lynda M. Leedy and Stephen A. Leedy, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

LOT 3, BLOCK 4, REVISED MAP OF THE BAY SHORE SUBDIVISION, according to plat thereof as recorded in Plat Book 3, Page 41, of the Public Records of HILLSBOROUGH County, Florida of which Pinellas was formerly a part.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:     *s/James A. Muench*
        JAMES A. MUENCH
        Assistant United States Attorney
        Florida Bar Number 472867
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        (813) 274-6000 – telephone
        E-mail: james.muench2@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
