UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES
**STATUS CONFERENCE**

**Case Number: 8:24-cr-462-JLB-NHA**

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**Government Counsel:** **Merrilyn Hoenemeyer for Abigail King**

**v.**

**STEPHEN ANDREW LEEDY**

**Defendant.**

**Defense Counsel:** **Bjorn Erik Brunvand**

| | | | |
|---|---|---|---|
| Judge: | John L. Badalamenti | Court Reporter: | Lori Cecil Vollmer |
| Deputy Clerk: | Gretchen O'Brien | Interpreter: | N/A |
| Date: | August 10, 2026 | Time:<br>Total: | 1:46 p.m.–1:50 p.m.<br>4 minutes |

Counsel identified for the record.

The defendant is looking at a life sentence if convicted.

The parties anticipate a trial in this case would last approximately one week.

The Court notes that defense counsel is out of the country from January 1, 2027–January 19, 2027.

The defendant has previously waived speedy trial through June 30, 2027 (Doc. 62).

This case is continued to the JANUARY 2027 trial term commencing January 4, 2027. Criminal Status Conference will be held on December 14, 2026, at 1:30 PM via zoom video conference.